**Glen HIGGINBOTHAM, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 51815.**

Missouri Court of Appeals,
Western District.

May 21, 1996.

James C. Cox, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David G. Brown, Assistant Attorney General, Jefferson City, for respondent.

Before SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM:

Glen Higginbotham appeals from the denial of a Rule 24.035 motion for postconviction relief. No error of law appears.

Judgment affirmed. Rule 84.16(b).